## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**FINEMAN KREKSTEIN & HARRIS, P.C.**
*A Pennsylvania Professional Corporation*
BY     RICHARD J. PERR, ESQUIRE
       MONICA M. LITTMAN, ESQUIRE
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103-1628
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com; mlittman@finemanlawfirm.com
**Attorneys for Defendant PMAB, LLC**

| | |
|---|---|
| ERICA JACKSON,<br>          Plaintiff | CIVIL ACTION |
| v. | NO. 1:16-cv-01705-JHR-JS |
| PMAB, LLC,<br>          Defendant | JURY TRIAL DEMANDED |

## STIPULATION TO EXTEND TIME

TO THE CLERK OF COURT:

It is hereby STIPULATED AND AGREED, by and between counsel for plaintiff and counsel for defendant, with Court approval, that said defendant shall have until February 24, 2017, to file its Opposition to Plaintiff's Motion for Summary Judgment. (Doc. 17). This is the second extension of time in this matter. A previous extension was granted pursuant to L.Civ.R. 7.1(d)(5). (Doc. 18).

| KIMMEL & SILVERMAN, P.C. | FINEMAN KREKSTEIN & HARRIS, P.C. |
|---|---|
| By:   /S/ Rachel R. Stevens<br>AMY L.B. GINSBURG, ESQUIRE<br>RACHEL R. STEVENS, ESQUIRE<br>30 East Butler Pike<br>Ambler, PA  19002<br>(v) 215-540-8888; (f) 877-788-2864<br>aginsburg@creditlaw.com<br>rstevens@creditlaw.com<br>Attorneys for Plaintiff | By:   /S/ Monica M. Littman<br>RICHARD J. PERR, ESQUIRE<br>MONICA M. LITTMAN, ESQUIRE<br>Ten Penn Center<br>1801 Market Street, Suite 1100<br>Philadelphia, PA  19103-1628<br>(v) 215-893-9300; (f) 215-893-8719<br>rperr@finemanlawfirm.com<br>mlittman@finemanlawfirm.com<br>Attorneys for Defendant |
| Dated: February 3, 2017 | Dated:  February 3, 2017 |

**BY THE COURT:**

_____
                                      J.